**First Franklin Loan Services**
P.O. Box 1838
Pittsburgh, PA 15230-1838

November 13, 2006

RE: Cs# 05-44495 Lucas

U.S. Bankruptcy Court
Northern District of Illinois (Chicago)

As of October 10, 2006, this loan was post petition due for 8/1/06 for a payment of $1968.43 with $74.97 in suspense. No other funds were. As of this date we have received $3936.86 in post petition payments for August and September.

Today the loan is post petition due for October with $91.63 in suspense. No other funds are due.

Sincerely,

Mark Ioli
Bankruptcy Specialist
National City Home Loan Services, INC.

National City Home Loan Services, Inc. is a subsidiary of National City Bank. First Franklin and NationPoint are divisions of National City Bank, which is a wholly-owned subsidiary of National City Corporation. National City Home Loan Services, Inc. services loans for First Franklin Financial Corporation, NationPoint, National City Bank and unaffiliated third party investors as: First Franklin Loan Services, NationPoint and National City Loan Services.

73-0039-47 (Rev. 07/06)

*Home Loan Services, Inc.*
*Bankruptcy Department*
*150 Allegheny Center*
*IDC#24-040*
*Pittsburgh, PA  15212*

---

TO:       U.S. Bankruptcy Court, Clerk of Court
FROM:  Mark Ioli / Bankruptcy Specialist
RE:       cs# 05-44495 Lucas
DATE:   11/13/06

Enclosed is a response to docket item#13 "Final Mortgage Cure Amount" concerning the above mentioned Case.

Mark Ioli – Bankruptcy Specialist
Phone (412) 442-3797
Fax     (412) 442-0711
Email  mark.ioli@nationalcity.com