UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 44495
  THOMAS J LUCAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-2346
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/05/05 and confirmed on 12/16/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   9504.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 1968.43 | .00 | 1968.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 28607.51 | .00 | 3219.70 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1238.47 | .00 | 139.39 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 25422.85 | .00 | 2861.28 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 315.42 | .00 | 35.50 |
| CAPITAL ONE BANK | UNSECURED | 1511.75 | .00 | 170.14 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 1968.43 | .00 | 57096.00 | .00 | 59064.43 |
| PRINCIPAL PAID | 1968.43 | .00 | 6426.01 | .00 | 8394.44 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1968.43 | .00 | 6426.01 | .00 | 8394.44 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   2200.00
and was paid $   1515.00  direct and $   685.00  through the plan.

The Trustee received $    424.56 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 02/10/09                       /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 05 B 44495 THOMAS J LUCAS
```